1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10                               FRESNO DIVISION
11
12   EDWARD YANEZ VASQUEZ,                    1:12-cv-01522-SKO (PC)

13            Plaintiff,                      ORDER GRANTING APPLICATION TO
                                              PROCEED IN FORMA PAUPERIS
14   v.                                       (DOCUMENT #2)
                                                         and
15   JOHN LATORRACA
     CORRECTIONAL FACILITY, et al.,           ORDER DIRECTING PAYMENT
16                                            OF INMATE FILING FEE BY JOHN
              Defendants.                     LATORRACA CORRECTIONAL
17                                            FACILITY
     _____/
18
           Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and he has requested
19
     leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing
20
     required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.
21
     Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.
22
     § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of
23
     the preceding month's income credited to plaintiff's trust account.  John Latorraca Correctional
24
     Facility is required to send to the Clerk of the Court payments from plaintiff's account each time the
25
     amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.
26
     § 1915(b)(2).
27
           In accordance with the above and good cause appearing therefore, IT IS HEREBY
28

                                             -1-

ORDERED that:

    1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

    **2.  The Sheriff of Merced County or his designee at John Latorraca Correctional Facility shall collect payments from plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Sheriff of Merced County or his designee at the John Latorraca Correctional Facility located  at 2584 West Sandy Mush Road, Merced, California, 95340.

    4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:    September 19, 2012**          **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE