1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9    EDWARD YANEZ VASQUEZ,                      CASE NO. 1:12-cv-01522-SKO PC

10                      Plaintiff,              ORDER DISMISSING ACTION, WITH
                                                PREJUDICE, FOR FAILURE TO STATE
11          v.                                  A CLAIM UPON WHICH RELIEF MAY
                                                BE GRANTED UNDER SECTION 1983
12   JOHN LATORRACA CORRECTIONAL
     FACILITY, et al.,                          (Docs. 1 and 7)
13
                      Defendants.               ORDER THAT DISMISSAL IS SUBJECT
14                                              TO 28 U.S.C. § 1915(G)
                                            /
15

16          Plaintiff Edward Yanez Vasquez, a state prisoner proceeding pro se and in forma pauperis,

17   filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 14, 2012.  On March 28,

18   2013, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to

19   file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  More than

20   thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's

21   order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be

22   granted.

23          Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

24   HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

25   ///

26   ///

27   ///

28

1

1    may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set

2    forth  in 28 U.S.C. § 1915(g).  *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

3

4    IT IS SO ORDERED.

5    **Dated:    May 31, 2013**                                         **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28